IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CIVIL ACTION |
| JEFFREY R. PIERSON | : | NO. 08-1015 |
| | : | |

## ORDER

AND NOW, this 19th day of May, 2009, upon consideration of the Appeal of Jeffrey R. Pierson from the Orders issued by the Bankruptcy Court on Orders on June 14, 2007, September 27, 2007 and January 23, 2008, it is hereby ORDERED that the Appeal is DENIED for the reasons set forth in the foregoing Memorandum.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II    J.